FILED
CLERK, U.S. DISTRICT COURT
APR 2 - 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASP INVESTMENTS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN SAVILLE, et al.,<br><br>Defendants. | Case No. CV 14-2281 UA<br><br>ORDER REMANDING ACTION |

    For the reasons set forth in the Order denying leave to file this action without prepayment of filing fees, this action is hereby REMANDED to the state superior court for further proceedings.

    IT IS SO ORDERED.

DATED: March 28, 2014

_Margaret M. Morrow for_
HON. GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE